IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1743-JLK**

IN RE:

**JATO COMMUNICATIONS CORP.,**

    Debtors.

**JEFFREY A. WEINMAN, Chapter 7 Trustee**,

    Plaintiff,

v.

**DIABLO MANAGEMENT GROUP, INC.,**

    Defendant.

## ORDER

Kane, J.

Defendants' Unopposed Motion to Reinstate the Reference and Withdrawal of Demand for Jury Trial, filed June 15, 2005, is **GRANTED.** It is

**ORDERED** that this adversary proceeding is referred back to the Bankruptcy Court for all purposes including trial.

Dated:  June 21, 2005

                                                    BY THE COURT:

                                                    S/**John L. Kane**
                                                    Senior Judge, United States District Court